B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In re: KENDALL RAY SMITH II

Case No. 23-50192

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

|  |  |
|---|---|
| The Huntington National Bank | Cadence Bank |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

  The Huntington National Bank
    P.O Box 89424
   Cleveland, OH 44101

Court Claim # (if known): 7-1
Amount of Claim: $126,415.15
Date Claim Filed: 3/22/2023

Phone: 888-632-5547
Last Four Digits of Acct #: 0873

Phone: 662-678-7548
Last Four Digits of Acct. #: 3674

Name and Address where transferee payments should be sent (if different from above):

  The Huntington National Bank
  5555 Cleveland Ave GW1N13
   Cleveland, OH 44231

Phone: 888-632-5547
Last Four Digits of Acct #: 0873

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Beth Yanniello      Date:6/18/2026
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.