United States Bankruptcy Court

Southern District of Mississippi

In re: | Case No. 23-50192-KMS

Kendall Ray Smith, II | Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 2

Date Rcvd: Jul 06, 2026 | Form ID: n001 | Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

**Recip ID**           **Recipient Name and Address**
db              + Kendall Ray Smith, II, 157 Courtney Rd, Petal, MS 39465-5737

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|
| 5207655 | + Email/Text: mtgbankruptcy@cadencebank.com | Jul 06 2026 20:36:00 | Cadence Bank, P.O. Box 789, Tupelo, MS 38802-0789 |
| 5693511 | + Email/Text: bankruptcy@huntington.com | Jul 06 2026 20:36:00 | The Huntington National Bank, P.O. Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:**

**Name**              **Email Address**

Charles Frank Fair Barbour
                on behalf of Creditor Cadence Bank cbarbour@underwoodlawfirm.com  bankruptcies@underwoodlawfirm.com

David Rawlings
                ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings
                on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

District/off: 0538-6        User: mssbad        Page 2 of 2

Date Rcvd: Jul 06, 2026        Form ID: n001        Total Noticed: 3

Kent D. McPhail

       on behalf of Creditor Lendmark Financial Services  LLC bankruptcynotices@mslawyers.law,
KentMcPhailAssociatesLLC@jubileebk.net

Thomas Carl Rollins, Jr

       on behalf of Debtor Kendall Ray Smith  II trollins@therollinsfirm.com,
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

       USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 6

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  Kendall Ray Smith II

**Case No.:**23−50192−KMS

**Chapter** 13

**To:**  Assignee/Transferee

The Huntington National Bank
P.O. Box 89424
Cleveland, OH 44101

**To:**  Assignor/Transferor

Cadence Bank
P.O. Box 789
Tupelo, MS 38802

### Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that Cadence Bank has assigned/transferred its claim in the amount of $126,415.15 to The Huntington National Bank.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **July 27, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: July 6, 2026

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

228−563−1790