MSSB-NCAC (4/24)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF MISSISSIPPI

In re: KENDALL RAY SMITH II

Case No.: 23-50192

Chapter: 13

*Debtor(s)*

## Notice of Change of Address for Creditor

The Huntington National Bank (Creditor) hereby gives notice of its new address:

**Current Notice Address**:
*(As shown on matrix)*

**New Notice Address**:

**New Payment Address**:
*(If applicable)*
The Huntington National Bank
5555 Cleveland Ave.
GW1N13
Columbus, OH 43231

**Proof of Claim Number(s):** 7-1
*(If applicable)*

**Reason for Change of Address**:
- ☐ New Loan Servicer[1]
- ☐ New Location
- ☑ Other Address Correction

Prepared By:

Signature: /s/ Elizabeth Yanniello
Name: Elizabeth Yanniello
Title: Bankruptcy Specialist III
Phone No: 888-632-5547

Address:
The Huntington National Bank
PO Box 89424
OPC856
Cleveland, OH 44101

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

# Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on 10/13/2026 addressed to:
(Date)

Debtor(s):

KENDALL RAY SMITH II
157 COURTNEY RD PETAL, MS
39465

Elizabeth Yanniello
Name

/s/ Elizabeth Yanniello
Signature